FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

2011 DEC 16 P 12: 24

CLERK'S OFFICE
AT BALTIMORE

| | |
|---|---|
| Lynette Parker, | : |
| | : Civil Action No.: 1:11-cv-01380-ELH |
| Plaintiff, | : |
| v. | : |
| | : |
| HZB Financial Services, Inc.; and DOES 1-10, inclusive, | : |
| | : |
| Defendant. | : |

Approved.
ELH
USDJ
12/16/11

## NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE
## PURSUANT TO RULE 41(a)

Lynette Parker ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: December 16, 2011

Respectfully submitted,
By /s/ Forrest E. Mays
Forrest E. Mays (Bar No. 07510)
1783 Forest Drive, Suite 109
Annapolis, MD 21401
Telephone: (410) 267-6297
Facsimile: (410) 267-6234
Email: mayslaw@mac.com

Of Counsel To
LEMBERG & ASSOCIATES L.L.C.
A Connecticut Law Firm
1100 Summer Street, 3rd Floor
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile: (203) 653-3424
ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on December 16, 2011, a true and correct copy of the foregoing Notice of Withdrawal was served electronically by the U.S. District Court for the District of Maryland Electronic Document Filing System (ECF) and that the document is available on the ECF system.

By /s/ Forrest E. Mays

Forrest E. Mays